

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 20, 2024

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 (V)** |
| | § | |
| **KERWIN BURL STEPHENS,** | § | **Case No.: 21-40817-elm-11** |
| | § | |
| **THUNDERBIRD OIL & GAS, LLC,** | § | **Case No.: 21-41010-elm-11** |
| | § | |
| **THUNDERBIRD RESOURCES, LLC,** | § | **Case No.: 21-41011-elm-11** |
| | § | |
| Debtors. | § | **Jointly Administered Under** |
| | § | **Case No. 21-40817-elm-11** |

| | | |
|---|---|---|
| **TIBURON LAND AND CATTLE, LP** | § | |
| **AND TREK RESOURCES, INC.** | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | |
| | § | **Adversary No. 21-04040-elm** |
| **KERWIN BURL STEPHENS,** | § | |
| **THUNDERBIRD OIL & GAS, LLC,** | § | |
| **THUNDERBIRD RESOURCES, LLC,** | § | |
| | § | |
| Defendants. | § | |

**ORDER ON MOTION FOR STAY PENDING APPEAL**
**FILED BY TIBURON LAND AND CATTLE, LP AND TREK RESOURCES, INC.**

On December 11, 2024 came on for consideration the *Motion for Stay Pending Appeal* ("Motion")[Adv. Dkt. No. 96] filed on behalf of Tiburon Land and Cattle, LP ("Tiburon") and Trek Resources, Inc. ("Trek"). Tiburon, Trek, and the Debtors, Kerwin Stephens, Thunderbird Oil & Gas, LLC, and Thunderbird Resources, LLC, all appeared through counsel at the hearing. After considering the pleadings, evidence and arguments of counsel, the Court made findings on the record. Such findings are hereby incorporated into this Order by reference as an integral part of this Order. Based on these findings, the Court hereby denies the Motion.

**ACCORDINGLY**, it is hereby **ORDERED** that:

1. The Motion is hereby **DENIED**.
2. The Court retains jurisdiction to construe and enforce this Order.

### End of Order ###

**APPROVED AS TO FORM:**

*/s/ J. Robert Forshey*
J. Robert Forshey
State Bar No. 07264200
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: (817) 877-8855
Facsimile:  (817) 877-4151
bforshey@forsheyprostok.com
llankford@forsheyprostok.com

**ATTORNEYS FOR DEFENDANT KERWIN BURL STEPHENS DEBTOR, DEBTOR-IN-POSSESSION AND DEFENDANT**


*/s/ John Dee Spicer*
John Dee Spicer
State Bar No. 18930500
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, Texas 75202-4425
jspricer@chfirm.com

**ATTORNEY FOR CREDITOR TIBURON LAND AND CATTLE, LP AND TREK RESOURCES, INC.**